# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff/Garnishor, )<br>)<br>vs. )<br>)<br>WILLIE LEE ANDERSON, )<br>)<br>Defendant )<br>)<br>and )<br>)<br>TEACHERS' RETIREMENT SYSTEM )<br>OF OKLAHOMA, )<br>)<br>Garnishee. ) | Case No. CR-05-128-M |

## ORDER

After conducting a hearing on defendant's claim for exemption, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation on August 9, 2007. The Magistrate Judge found that defendant's request for exemption should be denied and the government should be permitted to garnish defendant's net monthly retirement pay from the Oklahoma Teachers' Retirement System. The parties were advised of their right to object to the Report and Recommendation by August 29, 2007. On August 31, 2007, defendant filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1) OVERRULES defendant's objections to the Report and Recommendation;

(2) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on August 9, 2007;

(3) DENIES defendant's request for exemption; and

(4)  PERMITS the government to garnish defendant's net monthly retirement pay from the Oklahoma Teachers' Retirement System.

**IT IS SO ORDERED this 13th day of September, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE